UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 2:17-CR-431-4 |
| | § | |
| GERALD LEON GRAVES | § | |

## OPINION AND ORDER GRANTING MOTION FOR CONTINUANCE

On October 2, 2017, Defendant Graves moved for a continuance of the final pretrial conference and jury selection and trial in order to schedule his appearance and trial with the co-defendants scheduled for the November docket (D.E. 91). 18 U.S.C. § 3161(h)(6). The United States was unopposed to the motion.

The Court **GRANTS** the Defendant's motion and **CONTINUES** the final pretrial conference until October 25, 2017, at 9:00 a.m. before undersigned and schedules the jury selection and trial for November 6, 2017, at 9:00 a.m. before Hon. Nelva Gonzales Ramos.

ORDERED this 3rd day of October, 2017.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE